

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*601 D Street, N.W.*
*Washington, D.C. 20001*

October 20, 2022

Re:  *United States v. Collin Edwards et al.,* Criminal Case No: 1:22-cr-310 (APM)

Dear Counsel,

I am providing this discovery to you in accordance with local rules and Rule 16 of the Federal Rules of Criminal Procedure and will provide additional discovery material as it becomes available. I encourage you to review additional discovery that has been placed on the USAFx discovery platform.

In the USAFx Folder for *US v. Edwards et. Al.*, you will see the government's initial discovery production, subject to the agreed upon protective order. In this production you will find folders labeled:

- Garvin Chats (84 Files)
- Warrants (14 files)
- MD DOL (Department of Labor, 37 files)
- Photos from B of A (60 files)
- Edwards – White Screenshots (524 files)
- Chase Cole Conversations (121 files)
- Lab Results (1 file)
- 302s (140 files)
- Department of Labor Records (4 files)
- Attachments 302 (44 files)
- Wells Fargo Returns (17 files)
- Ten additional PDFs or Excel Sheets with reports and copies of Garnell Lucas's iCloud messages.

As always, please let me know if you have any issues downloading this information. USAFx will store the information for 30 days.

Sincerely,

Matthew M. Graves
United States Attorney

        By:  _/s/ Kevin Rosenberg_
            Kevin Rosenberg
            Assistant United States Attorney
            202-809-5351