# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-cr-310 (APM) |
| v. : | |
| : | |
| COLLIN EDWARDS : | |
| : | |
| Defendant. : | |

## MOTION FOR MISCELLANEOUS RELIEF

The United States Attorney, Matthew Graves, by and through his assistant, Assistant United States Attorney Kevin Rosenberg, hereby files this notice to record a plea offer previously transmitted and rejected by Defendant Edwards and request a more direct representation by defense counsel regarding his client's knowing rejection of the plea.

On June 6, 2023 during a status conference before the Court, the terms of the plea offer were presented on the record, with Defendant Edwards and Counsel for Defendant Edwards present in Court. The Government stated that it had offered a plea agreement wherein Defendant Edwards would plead guilty to Counts One, Two and Four. The guidelines calculation would have been the following pursuant to the plea.

### Count 1: 21 U.S.C. § 846

2D1.1(a)(5) & (c)(4)   Base Offense Level — 1200 - 4000 grams of Fentanyl        32

2D1.1(b)(13)  defendant knowingly misrepresented or knowingly marketed as another substance a mixture or substance containing fentanyl        +4

Total offense level for this count        36

Acceptance of Responsibility (U.S.S.G. § 3E1.1)

§ 3E1.1(a)    the defendant clearly demonstrates acceptance of responsibility for his offense        -2
§ 3E1.1(b)    Government motion        -1
Resulting Offense Level        **33**

Count Two is more than nine points away from Count One, which would not cause a change in the Guideline calculation. *See* U.S.S.G. § 3D1.4.

Count Four carries a mandatory sentence of 24 months incarceration in addition to any sentence imposed on count one.

If the Defendant is a criminal history category III, his guidelines range would be 168 – 210 months, followed by 24 months mandatory incarceration with respect to Count Four.

The Government then explained the guidelines range at conviction, which it believes would be:

**Count 1: 21 U.S.C. § 846**

| | | |
|---|---|---|
| 2D1.1(a)(5) & (c)(4) | Base Offense Level 4000 grams or more of Fentanyl | 34 |
| 2D1.1(b)(12) | defendant maintained a premises for the purpose of manufacturing or distributing a controlled substance | +2 |
| 2D1.1(b)(13) | defendant knowingly misrepresented or knowingly marketed as another substance a mixture or substance containing fentanyl | +4 |
| Total offense level for this count | | **40** |

Count Two and Three would most likely result in offenses levels more than nine points lower than Count One and not effect the guidelines level. *See* U.S.S.G. § 3D1.4.

Counts Four and Five both carry a mandatory 24-month sentence in addition to any sentence imposed for count one.

If the Defendant is a criminal history category III, his guidelines range would be 360 – Life, followed by 24 months of mandatory incarceration pursuant to Counts Four and Five.

The Court asked Counsel for Mr. Edwards if it was correct that the Government had offered the plea terms, and Counsel for Mr. Edwards responded something to the effect of "I disagree with

2

the plea" or "I disagree with the calculations." He did not however place on the record that it had been conveyed and rejected.

The Government only sought to have Defense Counsel place on the record that he discussed the plea terms with Mr. Edwards and that Mr. Edwards made a knowing, voluntary, and informed rejection of the plea offer. Pursuant to the *Lafler v. Cooper*, 556 U.S. 156 (2012) and *Missouri v. Frye*, 566 U.S. 134 (2012), the Government respectfully requests that the Court order Defense Counsel to file a more specific response indicating that he has relayed the plea offer to his client, that the terms were discussed, and that they were rejected.

        Matthew M. Graves
        United States Attorney

By:   /S/ Kevin L. Rosenberg
Kevin Rosenberg
OHIO BAR 0081448
Assistant United States Attorney
Violence Reduction and Trafficking Offenses Section
United States Attorney's Office for the District of Columbia
Kevin.Rosenberg@usdoj.gov
202-252-7833

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 22-CR-310 (APM) |
| | : |
| COLLIN EDWARDS | : |
|     Defendant. | : |
| | : |

### ORDER

Based on the representations of the Government, the case law cited in *Lafler v. Cooper*, 556 U.S. 156 (2012) and *Missouri v. Frye*, 566 U.S. 134 (2012), and in the interests of justice, it is hereby

**ORDERED** that defense counsel for Collin Edwards shall file notice on the docket specifying that he has relayed the plea terms to his client, discussed them, and his client has knowingly rejected the plea offer and that this notice shall be filed on or before _____, 2023.

_____
HONORABLE AMIT P. MEHTA
United States District Judge