# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-cr-310 (APM) |
| v. : | |
| : | |
| COLLIN EDWARDS, : | |
| : | |
| Defendant. : | |

## NOTICE OF EXPERT DISCLOSURE

The United States Attorney, Matthew Graves, by and through his assistant, Assistant United States Attorney Kevin Rosenberg, hereby files this notice to document expert disclosures made to Defendant Edwards on October 9, 2023. This disclosure provides Defendant Edwards with notice of the Government's intent to call five forensic chemists at trial to offer testimony regarding approximately 2.3 kilograms of Fentanyl seized during this investigation. The disclosure letter, CVs, and underlying signed reports are attached to the Government's filing.

Matthew M. Graves
United States Attorney

By:  /S/ Kevin L. Rosenberg
Kevin Rosenberg
OHIO BAR 0081448
Assistant United States Attorney
Violence Reduction and Trafficking
Offenses Section
United States Attorney's Office for the District of Columbia
Kevin.Rosenberg@usdoj.gov
202-252-7833