IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**COLLIN EDWARDS, et al.**<br><br>**Defendant.** | Case No.: 1:22-cr-00310-APM-1<br><br>NEXT EVENT: MAY 8, 2024 @ 10AM<br> SENTENCING |

## MOTION TO CONTINUE SENTENCING

COMES NOW, Collin Edwards ("Mr. Edwards"), by Counsel, and moves this court to continue the Sentencing hearing scheduled in this for May 8, 2024 and states as follows:

1. On February 21, 2024, this Honorable Court granted Mr. Edwards' Consent Motion to Continue Sentencing (DE#222) from March 8, 2024 to May 8, 2024 due to Mr. Edwards just arriving in DC Jail after being in Northern Neck Regional Jail.

2. On May 6, 2024, Defense Counsel requested consent from the Government to request another continuance of the sentencing due to personal family and medical issues of the Defendant. Mr. Edwards Maternal grandmother, a pillar of the family, has passed and Mr. Edwards is having a hard time dealing with the emotional stress and preparing for his sentencing where he is potentially facing a life sentence of imprisonment.

3. Mr. Edwards is also still dealing with the linger medical issues from Northern Neck which have progressed. Now he is experiencing pain in his foot that shoots up to his knee and causes extreme discomfort, making it difficult for him to focus. He has alerted the jail of the progressing issue and they are aware of the previous complaints from his arrival from Northern Neck Regional Jail.

4. Defense notified the government of the request to continue the matter and the Government responded that they prefer to proceed with the sentencing on Wednesday.

5. Good cause has been shown as Mr. Edwards is dealing with lingering medical issues and a death in his immediate family.

   Wherefore, Defendant, Collin Edwards, requests the sentencing hearing scheduled for May 8, 2024 be continued to a new date determined by the Court and the Parties.

Date Submitted: May 6, 2024                        COLLIN EDWARDS
                                                    By Counsel


 */s/ Andrew O. Clarke*
Andrew O. Clarke, Esquire
DC BAR NO # 1032649
**DISTRICT LEGAL GROUP, PLLC**
163 Waterfront Street, Suite 440
National Harbor, MD 20745
T: (202)780-9144
E : aclarke@districtlegalgroup.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024 a true copy of the foregoing was electronically filed and served via CM/ECF on Assistant United States Attorney, Kevin L. Rosenberg, at 555 4th Street, NW, Washington DC 20001.

                                                    */s/ Andrew O. Clarke*
                                                    Andrew O. Clarke, Esquire